IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| Jarrett Dandanell,<br><br>        Plaintiff,<br><br>v.<br><br>Revenue Management Consulting Group, LLC, d/b/a Pinnacle Asset Management,<br><br>        Defendant. | **ORDER DISMISSING CASE**<br><br>Civil No. 2:14-cv-47 |

Before the Court is plaintiff Jarrett Dandanell's Notice of Dismissal with Prejudice.[1] Upon consideration of the Notice of Dismissal, filed under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED.**

    Dated this 22nd day of August, 2014.

                                         /s/ Ralph R. Erickson
                                        Ralph R. Erickson, Chief District Judge
                                        United States District Court

---

[1] Doc. #4.